1 | Henry T. Heuer, State Bar No. 69006
  | PRINCE & HEUER
2 | 1322 Euclid Street, Suite 1
  | Santa Monica, CA 90404
3 | Telephone: (310) 477-7442
  | Fax       : (310) 477-7443
4 | Email     : henry@princeheuer.com

5 | Attorneys for Plaintiff, Claimant,
  | FEMY WAGAS.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| FEMY WAGAS, | ) Case No.: |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| PRINCESS CRUISE LINES, LTD. and DOE 1 through DOE 10, inclusive, | ) |
| | ) **PLAINTIFF'S REQUEST FOR PRESERVATION OF EVIDENCE AND OPPORTUNITY TO CONDUCT AN EARLY AND INFORMAL SITE INSPECTION** |
| Defendant, | ) |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

Plaintiff hereby requests the opportunity for an early and informal inspection of the premises and to preserve evidence of its present condition. Until such time as this occurs, Plaintiff further requests that Defendants and Counsel honor their duty to preserve the property in its present condition and avoid spoliation of evidence. (See Leon v. IDX Systems Corp. (9th Cir. 2006) 464 F3d 951, 958; Residential Funding Corp. v. DeGeorge

1  Fin'l Corp. (2nd Cir. 2002) 306 F3d 99, 107 (re sanctions available against spoliation);
2  Bayoil, S.A. v. Polembros Shipping Ltd. (SD TX 2000) 196 FRD 479, 482.)

4  Dated: March 8, 2020.                                    PRINCE & HEUER

                                                            By: /s/ H. T. H.
                                                            HENRY T. HEUER,
                                                            Attorney for Plaintiff,
                                                            FEMY WAGAS