Lisa M. Conner/CSBN 167903
lisac@fdw-law.com
Barbara E. Kennedy/CSBN 320630
barbarak@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone/Fax: (562) 435-2626

Attorneys for Defendant
PRINCESS CRUISE LINES, LTD.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEMY WAGAS,<br><br>    Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD. and DOE 1 through DOE 10, inclusive,<br><br>    Defendant. | Case No: 2:20-cv-02324-JAK-Ex<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT:**

Pursuant to Local Rule 16-15.7, Plaintiff FEMY WAGES and Defendant PRINCESS CRUISE LINES, LTD., by and through their respective counsel, hereby submit this Notice of Settlement.

//

//

- 1 -    Case No: 2:20-cv-02324 JAK(Ex)

The parties anticipate having the Medicare lien resolved and all settlement documents executed within 90-120 days and will file a Joint Stipulation for Dismissal within the next 120 days.

Date: April 19, 2024                    PRINCE & HEUER

                                        By: /s/ *Henry T. Heuer*
                                              Henry T. Heuer
                                              Attorney for Plaintiff,
                                              FEMY WAGAS

Date: April 19, 2024                    FLYNN, DELICH & WISE LLP

                                        By: /s/ *Lisa M. Conner*
                                              Lisa M. Conner
                                              Barbara E. Kennedy
                                              Attorneys for Defendant
                                              PRINCESS CRUISE LINES, LTD.

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

                                        By: */s/ Lisa M. Conner*
                                              Lisa M. Conner
                                              Barbara E. Kennedy
                                              Attorneys for Defendant,
                                              PRINCESS CRUISE LINES, LTD.

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626