Lisa M. Conner/CSBN 167903
lisac@fdw-law.com
Barbara E. Kennedy/CSBN 320630
barbarak@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone/Fax: (562) 435-2626

Attorneys for Defendant
PRINCESS CRUISE LINES, LTD.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEMY WAGAS,<br><br>        Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD. and DOE 1 through DOE 10, inclusive,<br><br>        Defendant. | Case No: 2:20-cv-02324-JAK-Ex<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**<br><br>[F.R.C.P. 41(a)(1)(A)(ii)] |

      Plaintiff, FEMY WAGAS, and Defendant PRINCESS CRUISE LINES, LTD., by and through their respective attorneys, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-entitled action is hereby dismissed with prejudice and without costs to any party. The undersigned represent that all parties have appeared in this action and hereby request that the Court retain jurisdiction to enforce settlement. Pursuant to Federal Rule of Civil Procedure

//

//

| | | |
|---|---|---|
| 1 | Date: June 24, 2024 | FLYNN, DELICH & WISE LLP |
| 2 | | By: /s/*Lisa M. Conner* |
| 3 | | Lisa M. Conner |
| | | Barbara E. Kennedy |
| 4 | | Attorneys for Defendant |
| 5 | | PRINCESS CRUISE LINES, LTD. |
| 6 | Date: June 24, 2024 | PRINCE & HEUER |
| 7 | | |
| 8 | | By:/s/*Henry T. Heuer* |
| | | Henry T. Heuer |
| 9 | | Attorney for Plaintiff |
| | | FEMY WAGAS |

**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

By: /s/ *Lisa M. Conner*
Lisa M. Conner
Barbara E. Kennedy
Attorneys for Defendant,
PRINCESS CRUISE LINES, LTD.